FILED
RICHARD W. NAGEL
CLERK OF COURT
7/19/21
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:21-CR- 93 |
| | | Michael J. Newman |
| v. | : | |
| JOHN S. BILLHIMER, | : | INFORMATION |
| | | 26 U.S.C. § 7206(1) |
| Defendant. | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

On or about October 15, 2018, in the Southern District of Ohio, the defendant JOHN S. BILLHIMER, a resident of Spring Valley, Ohio, did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040, which JOHN S. BILLHIMER verified by a written declaration that it was made under the penalties of perjury and which JOHN S. BILLHIMER did not believe to be true and correct as to every material matter. That U.S. Individual Income Tax Return, Form 1040, which was filed with the Director, Internal Revenue Service Center, reported a negative total income, when JOHN S. BILLHIMER then and there knew that he had earned substantially more income than the amount reported as a result of monies he received from his businesses.

In violation of Title 26, United States Code, Section 7206(1).

VIPAL J. PATEL
Acting United States Attorney

By: _____
DOMINICK S. GERACE
Assistant United States Attorney