UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                 Case No. 3:21-cr-93

vs.

JOHN S. BILLHIMER,                  District Judge Michael J. Newman

    Defendant.

___

**ORDER: (1) GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION (Doc. No. 22); AND (2) TERMINATING DEFENDANT'S REMAINING PROBATION PERIOD**

___

This criminal case is before the Court following a telephone status conference on January 23, 2024. Attorney James P. Fleisher appeared on behalf of Defendant, and AUSA Brent Tabacchi appeared on behalf of the Government. Kelvin Gover also appeared on behalf of the U.S. Probation Office. During the conference, the parties discussed Defendant's motion for early termination of probation. (Doc. No. 22).

Defense counsel explained that Defendant has completed two of his three years of probation as sentenced, during which time he has: (1) paid his restitution amount of $56,000 in full to the Internal Revenue Service; (2) performed 80 hours of community service; and (3) maintained a record of good behavior and compliance throughout the probationary period. Mr. Gover confirmed this information and expressed his consent to granting the motion. The Government did not object to the motion. Thus, the Court finds that, pursuant to 18 U.S.C. § 3553(a), the interests of justice are best served by granting Defendant's motion (Doc. No. 22) and terminating his remaining probationary period.

Accordingly, Defendant's motion for early termination of probation (Doc. No. 22) is **GRANTED**, and Defendant's remaining probation period is **TERMINATED**.

**IT IS SO ORDERED.**

Date:  January 23, 2024              s/ Michael J. Newman
                                     Michael J. Newman
                                     United States District Judge

Cc: U.S. Probation